UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEVI GREER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 13-5808 RJB-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF #14).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Court recommends that on remand, the Administrative Law Judge (ALJ) shall weigh the medical opinions of record relevant to the period at issue (amended alleged onset date of May 18, 2006 through date last insured of December 31, 2006) and re-evaluate the severity of the claimant's medically determinable mental impairments pursuant to 20 C.F.R. § 404.1520a, obtaining appropriate medical expert testimony, as warranted and available.  The ALJ will reassess the claimant's residual functional capacity, if necessary, and will evaluate the credibility of the claimant's allegations and weigh the statements provided by third parties.  Finally, the

REPORT AND RECOMMENDATION - 1

Appeals Council will direct the ALJ to obtain supplemental vocational expert evidence, if warranted, at step four and at step five of the sequential evaluation process; if the case proceeds to step five, the ALJ will further consider the issue of transferability of skills from work that qualifies as past relevant work.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 13th day of March, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2